UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PATRICIA ROCKMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: 3:21-CV-0006-RLY-MPB |
| ) | |
| GOOD SAMARITAN HOME, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Patricia Rockmore, and Defendant, Good Samaritan Home, Inc., hereby stipulate that the above-styled action be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

/s/ *Lauren E. Berger*
Lauren E. Berger, #29826-19
Kyle F. Biesecker, #24095-49
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN  47708
Telephone:  812.424.1000
Facsimile:  812.424.1005
E-mail:  lberger@bdlegal.com
kfb@bdlegal.com

Attorneys for Plaintiff, Patricia Rockmore

/s/  *Craig W. Wiley (with permission)*
Craig W. Wiley
Drew C. Ambrose
Jackson Lewis P.C.
211 North Pennsylvania Street, Suite 1700
Indianapolis, Indiana 46204
Telephone: (317) 489-6930
Facsimile: (317) 489-6931
craig.wiley@jacksonlewis.com
drew.ambrose@jacksonlewis.com

Attorneys for Defendant, Good Samaritan Home, Inc.

Dated:  July 29, 2021